UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

#13 (3/11 HRG OFF)

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-9926 PSG (PLAx) | Date | February 6, 2019 |
|---|---|---|---|
| Title | Allison Burch v. The Geo Group, Inc., et al. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):**   Order GRANTING Plaintiff's motion for relief from the Local Rule 23-3 deadline

Before the Court is Plaintiff's Allison Burch's ("Plaintiff") motion for relief from the Local Rule 23-3 ninety-day deadline in which to file a motion for class certification, *see* Dkt. # 13 ("*Mot.*"), and a stipulation by the parties to advance the hearing on this motion to February 11, 2019, *see* Dkt. # 14.

The Court has read and considered Plaintiff's motion for relief from the L.R. 23-3 deadline and concludes that she has shown good cause justifying relief. Accordingly, the Court **GRANTS** the motion. The deadline for filing a motion for class certification is **VACATED**. The Court will set a new deadline for filing a motion for class certification at the scheduling conference set for July 1, 2019.

The stipulation to advance the time for hearing this motion is **RENDERED MOOT**.

**IT IS SO ORDERED**.