UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON BURCH, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>THE GEO GROUP, INC., dba GEO CALIFORNIA, INC.; GEO CORRECTIONS HOLDINGS, INC.; and DOES 1 through 50, inclusive,<br><br>            Defendants. | CASE NO. 2:18-cv-09926-PSG-PLAx<br><br>Magistrate Judge: Paul L. Abrams<br><br>**Discovery Document**<br><br>**ORDER RE JOINT PROTECTIVE ORDER** |

**<u>Order</u>**

The Court has reviewed and considered the Parties' Joint Stipulation for Protective Order and with GOOD CAUSE having been shown, the Stipulation is hereby GRANTED.

IT IS SO ORDERED.

Dated: July 15, 2019

*Paul L. Abrams*
_____
Hon. Paul L. Abrams
United State Magistrate Judge