James R. Hawkins, Esq. SBN 192925
Gregory E. Mauro, Esq. SBN 222239
Michael Calvo, Esq. SBN 314986
JAMES R. HAWKINS, APLC
9880 Research Drive, Suite 200
Irvine, CA 92618
TEL:   (949) 387-7200
FAX:   (949) 387-6676
Email: James@jameshawkinsaplc.com
       Greg@jameshawkinsaplc.com
       Michael@jameshawkinsaplc.com

Attorneys for Plaintiff ALLSION BURCH, individually and on behalf of all others similarly situated

E-FILED 2/24/20
JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON BURCH, individually and on behalf of all others similarly situated, <br><br> **Plaintiffs,** <br><br> v. <br><br> THE GEO GROUP, INC., dba GEO CALIFORNIA, INC.; GEO CORRECTIONS HOLDINGS, INC.; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 2:18-cv-09926-PSG-PLA <br><br> **STIPULATION FOR DISMISSAL ; ORDER** <br> Fed. R. Civ. Proc 41(a)(1)(A)(ii) |

**STIPULATION FOR DISMISSAL**

Plaintiff ALLISON BURCH ("Plaintiff") and Defendants THE GEO GROUP, INC., dba GEO CALIFORNIA, INC. and GEO CORRECTIONS HOLDINGS, INC. ("Defendants") (collectively, the "Parties"), through undersigned counsel, hereby stipulate as follows: Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff along with Defendants THE GEO GROUP, INC., dba GEO CALIFORNIA, INC. and GEO CORRECTIONS HOLDINGS, INC. stipulate to the dismissal of this matter without prejudice.

**IT IS SO STIPULATED.**

I, Gregory Mauro, attest that all other signatories listed below, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 19, 2020        JAMES R. HAWKINS, APLC

By: /s/ Gregory Mauro
JAMES R. HAWKINS, ESQ.
GREGORY MAURO, ESQ.
MICHAEL CALVO, ESQ.
Attorneys for Plaintiff ALLISON BURCH, individually and on behalf of all others similarly situated

Dated: February 19, 2020        LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Joshua Carlon
Joshua Carlon
Counsel for Defendants

IT IS SO ORDERED.

DATED: 2/24/20

_____
U.S. DISTRICT JUDGE

1
STIPULATION FOR DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2020 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Central District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: February 19, 2020          /s/ Gregory Mauro
                                      Gregory Mauro